■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLINT ROBERT BARNETT, Appellant. [831 NYS2d 91]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD PITTS, Appellant. [831 NYS2d 91]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HELMI M. AGHA, Appellant. [831 NYS2d 91]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE STROMAN, Appellant. [830 NYS2d 680]—Motion insofar as it seeks a writ of error coram nobis is granted. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal that would have resulted in reversal, specifically, in failing to argue ineffective assistance of counsel. Upon our review of the trial court proceedings, we conclude that the issue may have merit. Therefore, the order of September 28, 2001 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]; *see also People v Vasquez*, 70 NY2d 1, 4 [1987], *rearg denied* 70 NY2d 748 [1987]). Defendant is directed to file and serve his records and briefs with this Court on or before June 14, 2007. Present—Hurlbutt, J.P., Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAMGOD THOMPSON, Appellant. [831 NYS2d 91]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Gorski, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD PITTS, Appellant, v JOSEPH McCOY, as Superintendent of Cayuga Correctional Facilitiy, Respondent. [831 NYS2d 91]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES EVANS, Appellant. [831 NYS2d 91]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Smith and Pine, JJ.

■ In the Matter of the Estate of THOMAS A. DANE, Deceased. MARGUERITE L. DANE-FISHER, Petitioner, THOMAS M.